**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 21-cr-167 (APM)-1** |
| **v.** | : | |
| **SINCERE HOWARD,** | : | |
| **Defendant.** | : | |

## JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and counsel for defendant Sincere Howard, Mr. Eduardo Balarezo, Esq., hereby file this joint status report.

1. On May 4, 2022, counsel for defendant Howard sent counsel for the United States a report authored by the defense expert, Dr. Jonathan DeRight, regarding defendant's competency to stand trial.
2. The report's conclusion was that defendant Howard is not competent to stand trial and that it was "unlikely" that he would regain such competency in the foreseeable future.
3. After consulting with the Bureau of Prisons psychologist who previously examined defendant Howard while he was at the Federal Detention Center Seattle-Tacoma, Dr. Cynthia Low, the United States does not object at this time to Dr. DeRight's opinion that defendant Howard is presently incompetent to stand trial. However, the government does object to Dr. DeRight's finding that the defendant is not likely to regain competency in the foreseeable future.
4. After additional consultation, the parties believe that the Court should order the defendant to be committed to the custody of the Attorney General for a period of four

months and consistent with 18 U.S.C. §4241(d)(1), such that he can be hospitalized to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: ______/s/____________________________
Will Hart
Assistant United States Attorney
D.C. Bar No. 1029325
601 D St., N.W.
Washington, DC 20530
William.hart@usdoj.go v
(202) 730-5711

________/s/__________________________
Emory V. Cole
Assistant United States Attorney
P.A. Bar No. 49136
601 D St., N.W.,
Washington, DC 20530
Emory.cole@usdoj.gov
(202)-252-7692

By: ________/s/__________________________
Eduardo Balarezo
400 7th St. NW, Suite 306
Washington, D.C. 20004
(202)-639-0999
Counsel for Defendant Sincere Howard

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of May 2022, I caused a true and correct copy of the foregoing Status Report to be delivered to the parties via ECF.