**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 21-167 (APM)** |
| | : | |
| **v.** | : | |
| | : | |
| **SINCERE HOWARD** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S UPDATE TO COURT'S ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this update to the Court's Order regarding the defendant's placement in a suitable facility for a competency examination. *See*, Court's Order ECF# 38.

1) Consistent with the Court's Order ECF# 38 that the defendant be committed to the custody of the Attorney General pursuant to 18 U.S.C. 4241(d) and that on 6/24/2022 and every 15 days thereafter until the defendant arrives at a suitable facility for treatment, the Government shall provide a status update to the Court. Undersigned counsel for the government can report the following: ***Deputy U.S. Marshal ("DUSM") Derek Haywood has indicated to undersigned counsel that the United States Marshals Service is waiting for the study order from the Bureau of Prisons.***

2) Accordingly, undersigned counsel for the government will update this Court on or before 15 days from June 24, 2022 of the defendant's placement at a suitable facility for competency restoration and the date of the defendant's transportation to that facility.

Wherefore, the government will further update the Court on the defendant's placement at a suitable facility for competency restoration on or before Friday, July 8, 2022.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY

By: *_/s/ Emory V. Cole & Will Hart_*
Emory V. Cole
Will Hart
PA. No. 49136 (Cole)
D.C. Bar No. 1029325 (Hart)
Assistant United States Attorneys
Federal Major Crimes Section
United States Attorney's Office for D.C.
601 D Street, N.W.,
Washington, D.C. 20530
E-mail: Emory.Cole@usdoj.gov
William.Hart@usdoj.gov
Telephone: (202) 252-7692 (Cole)
(202)-730-5711 (Hart)

Dated: June 27, 2022