**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 21-167 (APM)** |
| | : | |
| **v.** | : | |
| | : | |
| **SINCERE HOWARD** | : | |
| | : | |
| **Defendant.** | : | |

---

**GOVERNMENT'S UPDATE TO COURT'S ORDER**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this update to the Court's Order regarding the defendant's placement in a suitable facility for a competency examination. *See*, Court's Order ECF# 38.

1) Consistent with the Court's Order ECF# 38 that the defendant be committed to the custody of the Attorney General pursuant to 18 U.S.C. 4241(d) and that on 6/24/2022 and every 15 days thereafter until the defendant arrives at a suitable facility for treatment, the Government shall provide a status update to the Court. Undersigned counsel for the government can report the following: ***Deputy U.S. Marshal ("DUSM") Derek Haywood has indicated to undersigned counsel that Defendant Howard is number 12, out of 15 individuals, for placement at Federal Medical Center Devens. According to another DUSM with the United States Marshals Service's Justice Prisoner and Alien Transportation System, Howard's intake date is tentatively scheduled for November.***

2) Accordingly, undersigned counsel for the government will update this Court on or

before 15 days from July 8, 2022.

Wherefore, the government will further update the Court on the defendant's placement at a suitable facility for competency restoration on or before July 23, 2022.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY

By: */s/ Emory V. Cole & Will Hart*
Emory V. Cole
Will Hart
PA. No. 49136 (Cole)
D.C. Bar No. 1029325 (Hart)
Assistant United States Attorneys
Federal Major Crimes Section
United States Attorney's Office for D.C.
601 D Street, N.W.,
Washington, D.C. 20530
E-mail: Emory.Cole@usdoj.gov
William.Hart@usdoj.gov
Telephone: (202) 252-7692 (Cole)
(202)-730-5711 (Hart)

Dated: July 12, 2022