**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 21-167 (APM)** |
| | : | |
| **v.** | : | |
| | : | |
| **SINCERE HOWARD** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S UPDATE TO COURT'S ORDER**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this update to the Court's Order regarding the defendant's placement in a suitable facility for a competency examination. *See*, Court's Order ECF# 38.

1) Consistent with the Court's Order ECF# 38 that the defendant be committed to the custody of the Attorney General pursuant to 18 U.S.C. 4241(d) and that on 6/24/2022 and every 15 days thereafter until the defendant arrives at a suitable facility for treatment, the Government shall provide a status update to the Court. Undersigned counsel for the government can report the following: ***the United States Marshals Service ("USMS") has indicated to undersigned counsel that Defendant Howard has been successfully transported to FMC Lexington.***

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY

By: */s/ Emory V. Cole & Will Hart*
Emory V. Cole
Will Hart
PA. No. 49136 (Cole)
D.C. Bar No. 1029325 (Hart)
Assistant United States Attorneys
Federal Major Crimes Section
United States Attorney's Office for D.C.
601 D Street, N.W.,
Washington, D.C. 20530
E-mail: Emory.Cole@usdoj.gov
William.Hart@usdoj.gov
Telephone: (202) 252-7692 (Cole)
(202)-730-5711 (Hart)

Dated: September 30, 2022