**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA,**

**v.**

**SINCERE HOWARD,**

**Defendant.**

**Case No. 21-cr-167-1 (APM)**

# ORDER

The Bureau of Prisons and U.S. Marshal Service are hereby directed to facilitate the transfer of Defendant Sincere Howard to an appropriate prison facility within or near the jurisdiction of the U.S. District Court for the District of Columbia (including USP Lewisburg).

Dated: February 22, 2023

Amit P. Mehta
United States District Court Judge