**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **21-CR-167-APM** |
| | : | |
| **v.** | : | |
| | : | |
| **SINCERE HOWARD** | : | |
| | : | |
| **Defendant.** | : | |

---

**GOVERNMENT'S STATUS REPORT**

On February 22, 2023, the Court issued a minute order directing the Bureau of Prisons and U.S. Marshal Service to facilitate the transfer of the defendant, Sincere Howard, to a facility within or near the Court. The United States is writing to update the Court that it reached out to the Marshal Service for an update based on the order. Supervisory Deputy U.S. Marshal Leodus Brown informed the government that the Marshals are aware of the Court's order, that they are coordinating the transport, and that all parties will receive notification within 24 hours after the Mr. Howard has been placed in a facility. The Government will update the Court if and when it receives additional information.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: */s/ Joshua Gold*
Joshua Gold
Tx. No. 24103101
Assistant United States Attorney

Federal Major Crimes Section
United States Attorney's Office for D.C.
601 D St. NW
Washington, D.C. 20530
E-mail: Joshua.Gold@usdoj.gov
Telephone: (202) 815-8965

*/s/ Emory V. Cole*
Emory V. Cole
PA. No. 49136
Assistant United States Attorney
Federal Major Crimes Section
United States Attorney's Office for D.C.
601 D St. NW
Washington, D.C. 20530
E-mail: Emory.Cole@usdoj.gov
Telephone: (202) 252-7692