**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 21-167 (APM)** |
| | : | |
| **v.** | : | |
| | : | |
| **SINCERE HOWARD** | : | |
| | : | |
| **Defendant.** | : | |

---

## GOVERNMENT'S UPDATE TO COURT'S ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this update to the Court regarding a contested competency hearing in this case.

At the hearing held on May 4, 2023, the Court asked the government to inform it whether the government would be retaining an outside expert for the contested competency hearing in this case. Upon review, the government does not plan to call an outside expert and will call Dr. Haley Wentowski, who evaluated Mr. Howard at FMC-Lexington.

The government informed counsel for Mr. Howard, who spoke to his expert and is requesting a hearing in September. The dates that work for the parties in September are September 18-20 and September 25-29.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY

By: */s/ Emory V. Cole & Joshua Gold*
Emory V. Cole
Joshua Gold
PA. No. 49136 (Cole)
TX Bar No. 24103101 (Gold)
Assistant United States Attorneys
Federal Major Crimes Section
United States Attorney's Office for D.C.
601 D Street, N.W.,
Washington, D.C. 20530
E-mail: Emory.Cole@usdoj.gov
Joshua.Gold@usdoj.gov
Telephone: (202) 252-7692 (Cole)
(202)-815-8965 (Gold

Dated: June 6, 2023